IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00452-BNB

HORATIO DEMARIOUS SMITH,

    Applicant,

v.

JOHN C. OLIVER,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant has filed a "Motion for Equitable Tolling" (ECF No. 9), which the Court construes liberally as a motion for extension of time to comply with the February 25, 2014 Amended Order Directing Applicant to Cure Deficiencies. Although Applicant filed his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form, he has not yet filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Accordingly, Applicant shall have until **thirty (30) days from the date of this minute order** to cure the remaining deficiencies, as identified in the February 25 Order. Applicant may pay the $5.00 filing fee in lieu of filing a § 1915 Motion and Affidavit.

    The Motion for Order . . . to Seal . . . (Doc. No. 7) is DENIED for failure to comply with D.C.COLO.LCivR 7.2.

Dated: March 31, 2014