IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00452-LTB

HORATIO DEMARIOUS SMITH,

    Applicant,

v.

JOHN C. OLIVER,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 20, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 20th day of June, 2014.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/K Lyons
        Deputy Clerk